# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
v. ) CR. 06-123 EJG
)
PEDRO GOMEZ-ALEJANDRE )

**FILED**
APR - 5 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum   ( ) Ad Testificandum.

Name of Detainee: **PEDRO GOMEZ-ALEJANDRE**

Detained at (custodian): **DVI TRACY**

Detainee is:  a.)  (X) charged in this district by:
(X) Indictment   ( ) Information   ( ) Complaint
Charging Detainee With: Deported Alien Found in the United States

or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ( ) return to the custody of detaining facility upon termination of proceedings
or  b.)  (X) be retained in federal custody until final disposition of federal charges, as a sentence
is  currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Michael M. Beckwith
Printed Name & Phone No: MICHAEL M. BECKWITH (916) 554-2797
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum   ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

4/5/06
Date _____ United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | aka Pedro Alejandro, aka Pedro Gomez | Male X | Female |
| Booking or CDC #: | T40712 | DOB: | |
| Facility Address: | 23500 Kasson Road | Race: | |
| | Tracy, CA 95376 | FBI | 941804WA5 |
| Facility Phone: | 209-835-4141 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____
(Signature)

C:\Documents and Settings\LGroff\Local Settings\Temp\notes721D2D\gomez-alejandre.wpd
Form Crim-48                                                                                            Revised 11/19/97