```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Supervising Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    PEDRO GOMEZ-ALEJANDRE
 7

 8

 9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      ) No. CR-S-06-0123 EJG
                                   )
13              Plaintiff,         )
                                   ) STIPULATION AND ORDER
14      v.                         ) CONTINUING STATUS CONFERENCE
                                   )
15  PEDRO GOMEZ-ALEJANDRE,         )
       aka Pedro Alejandro,        ) Date:  June 30, 2006
16     aka Pedro Gomez,            ) Time:  10:00 a.m.
                                   ) Judge: Hon. Edward J. Garcia
17              Defendant.         )

18  _____
```

19      It is hereby stipulated between the parties, Michael Beckwith,

20  Assistant United States Attorney, attorney for plaintiff, and Mary M.

21  French, attorney for defendant, that the Status Conference hearing date

22  of June 9, 2006, is vacated and a new Status Conference hearing date of

23  June 30, 2006 at 10:00 a.m. is hereby set.

24      This continuance is requested because counsel for defendant is

25  still in the process of requesting and reviewing defendant's records,

26  and, further, the parties are working on a resolution of the matter.

27      It is further stipulated that the period from June 9, 2006 through

28  and including June 30, 2006 should be excluded pursuant to 18 U.S.C.

§3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: June 8, 2006

          Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
PEDRO GOMEZ-ALEJANDRE

Dated: June 8, 2006    MCGREGOR W. SCOTT
United States Attorney

/s/  Mary M. French for
    Michael Beckwith
_____
MICHAEL BECKWITH
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated:   June 8, 2006

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge

Stip & Order    2