DANIEL J. BRODERICK, Bar #89424
Federal Defender

MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PEDRO GOMEZ-ALEJANDRE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-06-0123 EJG |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| PEDRO GOMEZ-ALEJANDRE,<br>  aka Pedro Alejandro,<br>  aka Pedro Gomez, | Date:  July 21, 2006<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |
| Defendant. | |

It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant, that the Status Conference hearing date of June 30, 2006, is vacated and a new Status Conference hearing date of July 21, 2006 at 10:00 a.m. is hereby set.

This continuance is requested because counsel for defendant is still in the process of requesting and reviewing defendant's records, and, further, the parties continue to work on a resolution of the matter.

It is further stipulated that the period from June 30, 2006

through and including July 21, 2006 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: June 28, 2006

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ Mary M. French
                                            _____
                                            MARY M. FRENCH
                                            Supervising Assistant
                                            Federal Defender
                                            Attorney for Defendant
                                            PEDRO GOMEZ-ALEJANDRE

Dated: June 28, 2006                    MCGREGOR W. SCOTT
                                            United States Attorney

                                            /s/  Mary M. French for
                                                  Michael Beckwith
                                            _____
                                            MICHAEL BECKWITH
                                            Assistant U.S. Attorney
                                            per telephonic authorization

                                           **ORDER**

**IT IS SO ORDERED**.

Dated:   June 29, 2006
                                            /s/ Edward J. Garcia
                                            EDWARD J. GARCIA
                                            United States District Judge